1  Troy D. Monge, Esq.
   Law Offices of Martin Taller, APC
2  2300 E. Katella Ave, Suite 440
3  ANAHEIM, CALIFORNIA 92806
   TELEPHONE (714) 385-8100
4  FACSIMILE (714) 385-8123
5  troymonge@hotmail.com

6
   Attorney Bar #217035
7  Attorneys for Brandon Buchner

8

9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA

11
   BRANDON BUCHNER,            ) No. 8:23-cv-00416-SP
12                             )
13        Plaintiff,           ) **ORDER AWARDING EQUAL**
                               ) **ACCESS TO JUSTICE ACT**
14        v.                   ) **ATTORNEY FEES AND COSTS**
15                             )
   KILOLO KIJAKAZI, Acting     )
16 Commissioner of Social Security, )
17                             )
        Defendant.             )
18                             )
19 _____)

        Based upon the parties' Stipulation for Award and Payment of Attorney
20
   Fees:
21
        IT IS ORDERED that the Commissioner shall pay attorney fees and
22
   expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in
23
   the amount of THREE THOUSAND EIGHT HUNDRED NINETY-SIX
24
   DOLLARS and SIXTY-NINE CENTS ($3,896.69), and costs under 28 U.S.C.
25
   //
26
   //
27

28

                                          1

§ 1920, in the amount of FOUR HUNDRED TWO DOLLARS AND NO CENTS ($402.00), subject to the terms of the above-referenced Stipulation.

Dated: September 18, 2023

_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE